OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICIAL BUSINESS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711
STATE OF TEXAS
...Y FOR
... USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.26⁵
02 1W
0001401623 MAY. 20. 2015.

*No Longer on this unit*

5/13/201...
BRISCO...
On this ...
and pres... ...urt.

...OUIS Tr. Ct. No. W01-73362-S(D)

WR-53,391-0...

On this ...ation for 11.07 Writ of Habeas Corpus has been received

Abel Acosta, Clerk

MICHAEL LOUIS BRISCO
...T - TDC #1074236

RETURNED TO SENDER

*Bench warrent*

UTF